# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1842

_____

Stephen A. Eley,                                    *
                                                    *
        Appellant,                       *
                                                    *    Appeal from the United States
     v.                                         *    District Court for the
                                                    *    District of Minnesota.
U.S. Department of Veterans Affairs,                *
                                                    *    [UNPUBLISHED]
        Appellee.                        *

_____

Submitted: September 18, 2007
Filed: September 20, 2007

_____

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Stephen A. Eley appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action against his former employer, the Veterans Administration Medical Center. Having carefully reviewed the record and considered Eley's arguments, we find no basis for reversal. *See Jacob-Mua v. Veneman*, 289 F.3d 517, 520 (8th Cir. 2002) (de novo standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the proposed findings and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.